document # 120

# In The United States District Court
## Eastern District of Wisconsin

Reverend Dean Hoffmann, Victim
                    Petitioner

— vs —

Sheriff Cody Roesler and State of
Wi          Respondents

CLERK USDC EDWI
FILED
2022 AUG -3 P 2:26

Petitioner has no attorney in this case, in this court and is proceeding Pro-Se

## First Impression 28 U.S.C.)( 2241 Habeas Corpus Petition and Motion to Comply With 28 U.S.C.)( 2243 Time Frame DUTIES of Judge & Court

There is NO issue involving a conviction or Sentence, in this case, it's a simple issue of an illegal DETENTION of petitioner by respondents, outside State Jurisdiction, contrary to State, Federal, United Nations, Geneva Convention, International Laws of Nations, WARRANTING either immediate release from DETENTION, constitutions, laws and TREATIES, OR Certification of this Material Fact Question to the U.S. Supreme Court OR United Nations Counsel, for Declaratory Judgment.

World-Wide TREATIES over rule a States jurisdiction, and Habeas Corpus Due Process of GRANTING petitions ordering all parties to be brought before the Court OR inquiry (Not by papers, or mail, or video, BUT the BODIES of petitioner AND ALL persons) within 3 to 20 days (2243).

## Summary of FACTS, petitioner IS a Sovereign Citizen Tax-Payer that was arrested INSIDE a Sovereign - American

Indian Nations lands, that NATION WIDE treaties prohibit States Jurisdiction over, therefore are illegally detaining him in their Custody, warranting an order for his immediate release

Military trained, equipped, State police, using military tactics barred by SEVERAL treaties, and federal laws from using, seized and have detained petitioner ever since illegally.

Over four (4) years now WITHOUT trial, denied appearances in Court, subjected to all manner of violations of his pre-trial Detainee rights, endangering his mental and physical health, impeding his defense of any charges, subjecting him to corporal punishments, loss of property, destruction of legal and religious documents NEEDED to defend against any charges, AND forcing him to be represented ONLY by an officer of the state (Respondents) that has a MAJOR conflict of interest prohibiting his ability to assist petitioner in any Habeas, or trial or Motions, removal of a biased Judge, Change of venue, compulsory, time frames, subpoenaing 'hostile' material defense witnesses, enforcing pre-trial detainees rights including access to fully stocked law library and assistance on a par with the prosecutor. Due Process/Equal protection of law, AND TREATIES

Petitioner Moves this Court to comply with Habeas CORPUS practices from 1215 A.D. Until 2000, TO grant this writ, order all parties before the Court for a Due Process hearing without delay.

Verification/Certification, I Dean Hoffmann, verifies the above true, certifies a copy was mailed this date to ALL parties and respondents. State Court Chief Judge, Sheriff, prosecutor, F.B.I. for Jail conditions/treatment/ PreTrial DETAIN-EE rights/ Civil rights violations. Dated: 7-29-2022

*Dean Hoffmann*, address: Sheboygan County Detention Center 2923 S. 31st Street Sheboygan, WI 53081-4612.

# In The United States District Court
# Eastern District of Wisconsin

Reverend Dean Hoffmann, Victim
  Petitioner

-vs-

Sheriff  + State of Wisconsin

CLERK USDC EDWI FILED 2022 AUG -3 A 10:26

Petitioner has no attorney in this case, in this court and is proceeding Pro-Se First Impression 28 U.S.C.)(2241 Habeas Corpus Petition, and Motion to Comply With 28 U.S.C.)(2243 Time Frame Duties of Judge & Court

There is NO issue involving a Conviction or Sentence, in this case, its a simple issue of an illegal DETENTION of petitioner by respondents, outside State Jurisdiction, contrary to State, Federal, United Nations, Geneva Convention, International Laws of Nations, Warranting either immediate release from DETENTION, constitutions, laws and TREATIES OR Certification of this Material Fact Question to the U.S. Supreme Court OR United Nations Counsel, for Declaratory Judgment.

World-Wide TREATIES over rule a States jurisdiction, and Habeas Corpus Due Process of GRANTING petitions, ordering all parties to be brought before the court OR inquiry (Not by papers, or mail, or video, BUT the BODIES of petitioner AND ALL persons) within 3 to 20 days (2243).

Summary of Facts, petitioner IS a Sovereign Citizen Tax-Payer that was arrested INSIDE a Sovereign American Indian Nations lands, that NATION WIDE treaties prohibit States Jurisdiction over, therefore are illegally detaining him in their custody, and until Ordered by this court release.

Military trained equipped, State police, using military tactics, barred by SEVERAL treaties, and federal laws from using, seized and have detained petitioner ever since, illegally.

Over four (4) years now WITHOUT trial, denied appearances in Court, subjected to all manner of violations of his Pre-Trial Detainee rights, endangering his mental and physical health, impeding his defense of any charges, subjecting him to corporal punishments, loss of property, destruction of property legal and religious documents NEEDED to defend against any charges, AND forcing him to be represented ONLY by an officer of the state (Respondents) that has a MAJOR conflict of interest prohibiting his ability to assist petitioner in any Habeas, or trial or Motions, removal of a biased Judge, Change of venue, cumpulsory time frames, subpoenaing 'hostile' material defense witnesses, enforcing pretrial detainees rights including access to fully stocked law library and assistance on a par with the prosecutor. Due Process/Equal protection of law, AND TREATIES

Petitioner Moves this Court to comply with Habeas Corpus practices from 1215 A.D. Until 2000, TO grant this writ, order all parties before the Court for a Due Process hearing without delay.

Verification/Certification, I Reverend Dean Hoffmann, verifies the above true, certifies a copy was mailed this date to All parties and respondents State Court Chief Judge, Sheriff, prosecutor F.B.I. for jail conditions/treatment/PreTrial DETAINEE rights/Civil rights violations. Dated: 7-29-2022, address: Sheboygan County Detention Center, 2923 S. 31st Street, Sheboygan WI 53081 W/Rev

Dean Hoffmann

2 of 2